FORM B6C (6/90) West Group, Rochester, NY

In re
ADAM E. SAMBRANO JR.                                                                    / Debtor        Case No. _____
                                                                                                                   (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Checking Account #0916915474 with Bank of America, Indio | Calif. C.C.P. §703.140(b)(5) | $ 1,000.00 | $ 2,000.00 |
| Assorted Household | Calif. C.C.P. §703.140(b)(3) | $ 900.00 | $ 900.00 |
| Assorted Wearing Apparel | Calif. C.C.P. §703.140(b)(3) | $ 200.00 | $ 200.00 |

Page No. _1_ of _1_