FORM B6F (12/03) West Group, Rochester, NY

In re ADAM E. SAMBRANO JR. _____ / Debtor    Case No. _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | H-Husband W-Wife J-Joint C-Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> 500 Fast Cash <br> 2533 N Carson Street <br> Box 5600 <br> Carson City NV 89706 | | H | 2005 <br><br> NSF Check | | | | $ 700.00 |
| Account No: 5474 <br> Creditor # : 2 <br> Bank of America <br> PO Box 2518 <br> Houston TX 77252-2518 | | H | 2005 <br><br> Overdraft | | | | $ 714.00 |
| Account No: xxxx <br> Creditor # : 3 <br> Chase <br> 100 Duffy Avenue <br> Hicksville NY 11801 | | H | 2004 <br><br> Credit Card Purchases | | | | $ 834.00 |
| Account No: xxxx <br> Creditor # : 4 <br> Collection Company <br> 700 Longwater Drive <br> Norwell MA 02061 | | H | 2003 <br><br> Collection Account | | | | $ 860.00 |

___3___ continuation sheets attached

Subtotal $ (Total of this page)    3,108.00

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re ADAM E. SAMBRANO JR. _____ / Debtor    Case No. _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: xxxx<br>Creditor # : 5<br>Credit Mangement Inc<br>4200 International Pkwy<br>Carrollton TX 75007 | | H  2001<br><br>Collection Account | | | | $ 668.00 |
| Account No: xxxx<br>Creditor # : 6<br>Don Roberto Jewelers<br>1020 Call Recodo<br>San Clement CA 92373 | | H  1999<br><br>Charge Off | | | | $ 230.00 |
| Account No: xxxx<br>Creditor # : 7<br>First Premier Bank<br>900 Delaware   Ste 7<br>Sioux Falls SD 57104 | | H  2004<br><br>Credit Card Purchases | | | | $ 400.00 |
| Account No: xxxx<br>Creditor # : 8<br>FST Revenue<br>4500 S. Cherry Cree  Ste 300<br>Denver CO 80206 | | H  1999<br><br>Collection Account | | | | $ 76.00 |
| Account No: xxxx<br>Creditor # : 9<br>Grayson Financial Group<br>5701 Thurston Ave   Ste 104<br>Virginia Beach VA 23455-3330 | | H  2000<br><br>Charged Off Account Auto | | | | $ 6,967.00 |
| Account No: xxxx<br>Creditor # : 10<br>Kimball Tirey<br>1202 Kettner Blvd<br>San Diego CA 92101 | | H  2004 | | | | $ 474.00 |

Sheet No. 1 of 3 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    8,815.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re ADAM E. SAMBRANO JR. _____ / Debtor    Case No. _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: xxxx<br>Creditor # : 11<br>Mitsubishi Motor Credit<br>10805 Holder Street<br>Cypress CA 90630 | X | H  2005<br><br>Charged Off Account Auto | | | | $ 933.00 |
| Account No:<br>Creditor # : 12<br>Quik Payday<br>87 East 1400 N<br>Logan UT 84341 | | H  2005<br><br>Loan | | | | $ 460.00 |
| Account No: 0445<br>Creditor # : 13<br>Sonic Payday.com<br>PO Box 1216<br>Oaks PA 19456 | | H  2005<br><br>Personal Loan | | | | $ 683.00 |
| Account No:<br>Creditor # : 14<br>United Cash Loans<br>2533 N Carson Street  Ste 502<br>Carson City NV 89706 | | H  2005<br><br>NSF Check | | | | $ 700.00 |
| Account No: rces<br>Creditor # : 15<br>United Legal Corporation<br>9000 Regency Square Blvd<br>Suite 1<br>Jacksonville Fl 32211 | | H  2005<br><br>Payday Loan | | | | $ 290.00 |
| Account No: xxxx<br>Creditor # : 16<br>Valley Creditors Service<br>PO Box 1518<br>Palm Desert CA 92261 | | H  2003<br><br>Collection Account | | | | $ 175.00 |

Sheet No. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     3,241.00

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re ADAM E. SAMBRANO JR. _____ / Debtor      Case No. _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 7898<br>Creditor # : 17<br>Wells Fargo<br>PO Box 5058<br>Portland OR 97208-5058 | | H  20025<br><br>Overdraft | | | | $ 1,084.01 |
| Account No: 8193<br>Creditor # : 18<br>Wells Fargo<br>PO Box 6995<br>Portland OR 97228-6995 | | H  2005<br><br>Savings Overdraft | | | | $ 567.52 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 1,651.53
(Total of this page)
Total $ 16,815.53
(Report total also on Summary of Schedules)