In re ADAM E. SAMBRANO JR. / Debtor   Case No. _____
(If known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| Kia of La Quinta<br>79-225 Hwy 111<br>La Quinta CA   92253 | Contract Type: *Auto Purchase Contract*<br>Terms: *60 paymens*<br>Beginning date:<br>Debtor's Interest: *Purchaser*<br>Description: *2004 Ford Mustang*<br><br>Buyout Option: |

Page __1__ of __1__