In re ADAM E. SAMBRANO JR. _____ / Debtor    Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __15__ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: 08/23/05    Signature _____
ADAM E. SAMBRANO JR.

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer: Manuel C. Pablo
45-238 Oasis Street

Social security No.: 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

Indio CA  92201

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

None

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____    Date: 8/24/05
Manuel C. Pablo

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.