# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re ADAM E. SAMBRANO JR.

Case No.
Chapter 7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. **Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| None | |

b. **Property to Be Retained.**  [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| None | | | | |

**Signature of Debtor(s)**

Date: 8e/23/05    Debtor: /s/

Date: _____    Joint Debtor: _____

Page 1 of 2

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer: **Manuel C. Pablo**
**45-238 Oasis Street**

**Indio CA   92201**

Social security No.: **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**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

**None**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Manuel C. Pablo

Date: 8/24/05

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

FORM B8 (9/97) West Group, Rochester, NY     Case 6:05-bk-18792-PC    Doc 18-1    Filed 08/26/05    Entered 08/29/05 00:00:00    Desc
Main Document    Page 2 of 2

Page 2 of 2