UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re  _Adam E. Sambrano Jr._ / Debtor

Case No.
Chapter 7

Attorney for Debtor: Donald C. McKay

## STATEMENT Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:
   a) For legal services rendered, or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . $ 150.00
   b) Prior to the filing of this Statement, Debtor(s) has paid. . . . . . . .    150.00
   c) Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      0.00

3. The Filing Fee *has been paid.*

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, U.S.C.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and *none other.*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and *none other.*

7. The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:
   *None.*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid except as follows: *None.*

Dated: 8/16/05

Respectfully submitted,

Attorney for Petitioner: Donald C. McKay
77-564 COUNTRY CLUB DR #128
PALM DESERT, CA 92211