# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re ADAM E. SAMBRANO JR.

Case No.
Chapter 7

_____ / Debtor

### STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF BANKRUPTCY CASE

THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:

☐ I received assitance from a non-attorney in connection with the filing of my bankruptcy case:

1. I paid the sum of $ 200.00
2. I still owe the sum of $ 0.00
3. I agreed to turn over or give a security interest in the following property:
   None
4. The name of the person or the name of the firm that assisted me was:
   Name:      Manuel C. Pablo
              Desert Empire Associates
   Address:   45-238 Oasis Street
              Indio CA  92201
   Telephone: 760-342-4545

☒ I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at      CALIFORNIA
Executed on  08/23/05
                 Date

_____
                Debtor