| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| DONALD McKAY          SB# 93188<br>Attorney at Law     Tel (760) 342-2100<br>77-564 COUNTRY CLUB DRIVE STE 128<br>PALM DESERT, CA 92211<br><br>Attorney for | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re: | CHAPTER  7 |
|---|---|
| Adam E. Sambrano Jr.<br><br>Debtor. | CASE NUMBER<br><br>(No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am an attorney who has advised the Debtor in the above-captioned bankruptcy case.

2. On (specify date) __8/16/05__, I agreed with the Debtor that for a fee of $ __150.00__, I would provide only the following services:

   a. ☐ Prepare and file the Petition and Schedules
   b. ☐ Represent the Debtor at the 341(a) Meeting
   c. ☐ Represent the Debtor in any relief from stay actions
   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727
   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523
   f. ☒ Other (specify): Interview client; review & correct petition based on Interview; determine proper exemptions & advise client on issues relating to Bankruptcy.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: 8/16/05

I HEREBY APPROVE THE ABOVE:

_____
Signature of Debtor

DONALD McKAY, ATTORNEY AT LAW
Law Firm Name

By: _____

Name: DONALD McKAY
Attorney for Debtor

spouse

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.       F 2090-1.1