Verification of Creditor Mailing List - (Rev. 6/98)            1998 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(4)

Name _IN PRO SE_ _____

Address _____

Telephone _____

[X]   Attorney for Debtor(s)
[ ]   Debtor In Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 6 years:<br>In re   ADAM E. SAMBRANO JR.<br><br><br>Social Security No. _4038_ Debtor<br>Social Security No. _____ Joint Debtor<br>Debtor(s) EIN No. _____ | Case No.<br>Chapter 7 |
|---|---|

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __2__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(4) and I/we assume all responsibility for errors and omissions.

Date: _08/23/05_ _____

Debtor: _ADAM E. SAMBRANO JR._

Attorney: _IN PRO SE_            Joint Debtor: