ADAM E  SAMBRANO JR
53-551 HARRISON   APT 140
COACHELLA  CA  92236


IN PRO SE


500 Fast Cash
2533 N Carson Street
Box 5600
Carson City  NV  89706


Bank of America
PO Box 2518
Houston  TX  77252-2518


Chase
100 Duffy Avenue
Hicksville  NY  11801


Collection Company
700 Longwater Drive
Norwell  MA  02061


Credit Mangement Inc
4200 International Pkwy
Carrollton  TX  75007


Don Roberto Jewelers
1020 Call Recodo
San Clement  CA  92373


First Premier Bank
900 Delaware   Ste 7
Sioux Falls  SD  57104


FST Revenue
4500 S  Cherry Cree  Ste 300
Denver  CO  80206

```
Grayson Financial Group
5701 Thurston Ave   Ste 104
Virgina Beach  VA  23455-3330


Kia of La Quinta
79-225 Hwy 111
La Quinta  CA  92253


Kimball Tirey
1202 Kettner Blvd
San Diego  CA  92101


Mitsubishi Motor Credit
10805 Holder Street
Cypress  CA  90630


Model Finance Co
1068 W Town and Country Rd
Orange  CA  92868-4716


Name of Co-debtor
Box
Indio  CA  92201


Quik Payday
87 East 1400 N
Logan  UT  84341


Sonic Payday com
PO Box 1216
Oaks   PA  19456


United Cash Loans
2533 N Carson Street   Ste 502
Carson City  NV  89706


United Legal Corporation
9000 Regency Square Blvd
Suite 1
Jacksonville  Fl  32211
```

Valley Creditors Service
PO Box 1518
Palm Desert   CA   92261


Wells Fargo
PO Box 6995
Portland    OR   97228-6995


Wells Fargo
PO Box 5058
Portland    OR   97208-5058