# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRUSTEE'S 341(a) MEETING WORKSHEET - CHAPTER 7

CASE NUMBER: RS-05-18792-PC

TRUSTEE: 222100
TRUSTEE NAME: KARL T. ANDERSON

05187922

DEBTOR: SAMBRANO, ADAM E JR.
CO-DEBTOR:

341(a) DATE: September 29, 2005
341(a) TIME: 3:00 P.M.

FILED OCT 11 2005

---

### APPEARANCES

| | | | | |
|---|---|---|---|---|
| DEBTOR: SAMBRANO, ADAM E JR. | (✓) Present | ( ) Absent | ( ) 2nd Absence | ( ) _____ |
| CO-DEBTOR: | ( ) Present | ( ) Absent | ( ) 2nd Absence | ( ) _____ |
| DEBTOR'S ATTORNEY: PRO SE | ( ) Present | ( ) Absent | ( ) 2nd Absence | ( ) _____ |

### RESULTS OF MEETING

DEBTOR:    SAMBRANO, ADAM E JR.
   341(a) Meeting for debtor CONCLUDED                      (✓) YES      ( ) NO
OR   341(a) Meeting for debtor CONTINUED to _____ at _____
                                              Date         Time

Debtor continued due to non-appearance           ( ) YES      ( ) NO
Other reason for continuance of debtor: _____

CO-DEBTOR:
   341(a) Meeting for co-debtor CONCLUDED                   ( ) YES      ( ) NO
OR   341(a) Meeting for co-debtor CONTINUED to _____ at _____
                                                 Date         Time

Debtor continued due to non-appearance           ( ) YES      ( ) NO
Other reason for continuance of debtor: _____

---

### REQUEST TO DISMISS CASE FOR FAILURE TO APPEAR AT 341 MEETING

The undersigned certifies under penalty of perjury that the debtor and/or co-debtor has failed to appear at two 341(a) meetings and recommends that a dismissal order be initiated against (check appropriate box(es)):

( ) **DEBTOR:**    SAMBRANO, ADAM E JR.              ( ) with or      ( ) without 180-day bar

( ) **CO-DEBTOR:**                                    ( ) with or      ( ) without 180-day bar

Note: In a joint case where one debtor appeared at the 341(a) meeting and the other did not appear at two 341(a) meetings, the debtor that appeared shall receive a dismissal without a 180-day bar from refiling, while the debtor that did not appear shall be dismissed with the 180-day bar from refiling. Any other desired outcome requires a motion to be filed with the Court.

( ) CASE DISMISSED BY COURT ORDER ENTERED: _____

( ) CASE SHOULD BE DISMISSED BY COURT

Date: September 29, 2005        Trustee: *Karl T. Anderson* (signature)